PEARSON, MJ.

FILED
09 JUN 11 PM 2:32

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| HOLLY TENNEY, | ) |
| Plaintiff, | ) CASE NO. 4:09cv406 |
| | ) JUDGE PETER C. ECONOMUS |
| v. | ) |
| | ) MAGISTRATE JUDGE |
| GMRI, INC., *originally named as* Darden Restaurants, Inc., *doing business as* Longhorn, | ) BENITA Y. PEARSON |
| | ) REPORT AND RECOMMENDATION |
| | ) FOR AGREED ORDER OF DISMISSAL |
| Defendant. | ) WITH PREJUDICE |

The undersigned Magistrate Judge reports that the above-referenced parties have reached a settlement in this matter. Accordingly, the undersigned recommends that the matter be dismissed pursuant to Rule 41(a)(2) with prejudice. The terms of the settlement are contained in documents provided to the Court and maintained under seal.

IT IS SO ORDERED.

June 11, 2009
Date

Benita Y. Pearson
United States Magistrate Judge