UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **HOLLY TENNEY,** | ) | **CASE NO. 4:09CV406** |
| | ) | |
| **PLAINTIFF** | ) | **JUDGE PETER C. ECONOMUS** |
| | ) | |
| **V.** | ) | |
| | ) | |
| **GMRI, INC.,** | ) | **MEMORANDUM OPINION** |
| | ) | **AND ORDER** |
| **DEFENDANT.** | ) | |
| | ) | |

On May 19, 2009, this Court issued an order assigning this case to Magistrate Judge Benita Y. Pearson for general pre-trial supervision. (Dkt. # 8). On June 11, 2009, the Magistrate issued a Report and Recommendation advising that the parties have reached a settlement in the instant matter and recommending that the Court DISMISSED WITH PREJUDICE. (Dkt. # 12). The terms of the settlement are contained in documents provided to the Court and maintained under seal.

FED. R. CIV.P. 72(b) provides that objections to a report and recommendation must be filed within ten (10) days after service, but neither party has filed any such objections. Any further review by this Court would be a duplicative and an inefficient use of the Court's limited resources. Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir.1981).

Therefore, the Report and Recommendation of Magistrate Judge Pearson (Dkt. # 12) is hereby **ADOPTED**.

**IT IS ORDERED** that the docket be marked settled and dismissed, with prejudice.

**IT IS SO ORDERED**.

> **/s/ Peter C. Economus - June 30, 2009**
> **PETER C. ECONOMUS**
> **UNITED STATES DISTRICT JUDGE**